S. LANE TUCKER
United States Attorney

CHRISTOPHER D. SCHROEDER
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: christopher.schroeder@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, Plaintiff, vs. CHRISTOPHER TREVINO, Defendant. | Case No. 3:22-cr- 00053-SLG-MMS<br><br>COUNT 1:<br>POSSESSION OF A CONTROLLED SUBSTANCE WITH INTENT TO DISTRIBUTE<br>  Vio. of 21 U.S.C. § 841(a)(1) and (b)(1)(B) |
|---|---|

I N F O R M A T I O N

The United States Attorney charges that:

COUNT 1

On or about July 15, 2019, within the District of Alaska, the defendant, CHRISTOPHER TREVINO, did knowingly and intentionally possess with intent to distribute a controlled substance, to wit: 100 grams or more of a mixture or substance containing a detectable amount of heroin.

All of which is in violation of 21 U.S.C. § 841(a)(1), (b)(1)(B).

S. LANE TUCKER  
United States Attorney

*s/ Christopher D. Schroeder*  
CHRISTOPHER D. SCHROEDER  
Assistant United States Attorney

Date: 6/30/2022

*U.S. v. Christopher Trevino*
*3:22-cr-*  Page 2 of 2
Case 3:22-cr-00053-SLG-MMS   Document 1   Filed 06/30/22   Page 2 of 2